# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DAVID LEAVY,<br><br>    *Plaintiff*,<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br><br>    *Defendant*. | Civil Action No. _____<br><br><br>**PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND** |

Plaintiff David Leavy brings this action complaining of Defendant BNSF Railway Company and would respectfully show the following:

## INTRODUCTION

Mr. Leavy's claims against BNSF Railway Company ("BNSF") arise under the provisions of the Federal Employers' Liability Act ("FELA"), 45 U.S.C. § 51 *et seq.*, to recover damages for the personal injuries sustained by Mr. Leavy while employed by BNSF.

## PARTIES

1. Plaintiff is a citizen and resident of the State of New Mexico.

2. Defendant BNSF Railway Company is a foreign corporation doing business in the State of New Mexico. BNSF may be served by serving its registered agent, **Theresa M. Chavez**, at **106 North First Street, Belen, New Mexico 87002**.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1331.

4. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b), as BNSF is a foreign corporation that has regular and systematic contacts in the State of New Mexico and is therefore subject to personal jurisdiction of the courts in this district.

1

**FACTUAL BACKGROUND**

5.      Mr. Leavy, a hardworking and loyal conductor, has worked for BNSF for nine years. On or about October 21, 2022, Mr. Leavy was working in the course and scope of his employment as a conductor for BNSF when he sustained an injury to his ankle. Specifically, Mr. Leavy's ankle was caused to roll while working in BNSF's Belen, New Mexico yard (the "Incident"), because BNSF had improperly laid and maintained the ballast on which BNSF crewmembers were assigned to work.  Specifically, the ballast failed to provide proper walking and working surfaces because BNSF used road ballast where yard ballast was required. BNSF's failure to use proper sized and maintained ballast created an unsafe walkway and footing hazard, causing Mr. Leavy to suffer serious injuries, ultimately requiring ankle/foot surgery, extensive rehabilitation, and time off work.

6.      As a result of his injuries and surgery, Mr. Leavy continues to experience pain, impairment, difficulty sleeping, and anxiety/emotional distress/mental anguish.

**COUNT ONE—NEGLIGENCE UNDER FELA**

7.      At all times material to this cause of action, BNSF was a common carrier by railroad engaged in interstate commerce and Mr. Leavy was employed by BNSF in furtherance of those activities.

8.      Mr. Leavy avers that at the time of his injuries, he was an able-bodied railroad worker and that as a direct cause of BNSF's negligence under the FELA on October 21, 2022, Mr. Leavy sustained severe and debilitating injuries to his ankle, for which he demands full recovery.

9.      Mr. Leavy further avers that BNSF, through its employees, agents, servants, and employees negligently and carelessly failed to provide him with a reasonably safe place to work in violation of FELA, thereby causing and/or contributing to the aforementioned injuries, in whole

or in part. More specifically, BNSF's negligence includes:

   a. failure to provide Mr. Leavy with a reasonably safe place to work;

   b. failure to provide a reasonably safe walking/working area;

   c. failure to provide reasonably safe footing conditions;

   d. failure to provide safe working conditions where Mr. Leavy was performing his duties in the manner required by Defendant;

   e. failure to warn Mr. Leavy of unsafe workplace conditions of which it knew, or in the exercise of reasonable care, should have known;

   f. failure to provide Mr. Leavy with sufficient and proper assistance; and

   g. failure to exercise due care and caution commensurate with the surrounding circumstances.

10. As a result of Defendant's negligence under FELA, Mr. Leavy suffered serious emotional and physical injuries.

## DAMAGES

11. Mr. Leavy sustained severe and permanent injuries to his ankle due to the aforementioned negligent acts and omissions of BNSF. Mr. Leavy's injuries will have a serious effect on his health and well-being for the rest of his life. Mr. Leavy further states that insofar as he was aware, prior to October 21, 2022, he was a person of sound and robust health and physical strength. Thus, Mr. Leavy would show that due to his injuries, he has suffered permanent physical impairment.

12. As a result of Defendant's negligence, Mr. Leavy's injuries have resulted in the following damages:

   a. Physical pain and suffering in the past and future;

   b. Mental anguish in the past and future;

   c. Lost earnings and benefits in the past;

    d.  Loss of future wage-earning capacity;

    e.  Physical impairment or disability in the past and future;

    f.  Medical expenses in the past and future;

    g.  Disfigurement in the past and future; and

    h.  Loss of enjoyment of life in the past and future.

## DEMAND FOR JURY TRIAL

13.    Pursuant to the Seventh Amendment and Fed. R. Civ. P. 38, Mr. Leavy demands a trial by jury of all triable issues in this case.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Mr. Leavy prays that he has judgment against Defendant BNSF Railway Company in a total sum in excess of the minimum jurisdictional limits of this Court, plus post-judgment interest, all costs of Court, and for such other and further relief, both legal and equitable, to which he may show himself justly entitled.

Respectfully submitted,

**WEEMS HAZEN LAW**

*/s/ Dathan Weems*
Dathan L. Weems
106 Wellesley Dr SE
Albuquerque, NM 87106
Phone: (505) 247-4700
dathan@weemshazenlaw.com

**DOYLE DENNIS LLP**

MICHAEL PATRICK DOYLE
Texas Bar No. 06095650

4

5

*Pro Hac Vice to be submitted*
PATRICK M. DENNIS
Texas Bar No. 24045777
*Pro Hac Vice to be submitted*
3401 Allen Parkway, Suite 100
Houston, Texas 77019
Phone: 713.571.1146
Fax:   713.571.1148
service@doylelawfirm.com

Sara Youngdahl
*Pro Hac Vice to be submitted*
Texas Bar No. 24010504
THE YOUNGDAHL LAW FIRM, P.C.
4203 Montrose Blvd., Suite 280
Houston, Texas 77034-4906
281-996-0750
281-996-0725/Fax
syoungdahl@youngdahl.com

**ATTORNEYS FOR PLAINTIFF
DAVID LEAVY**